JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-08400-RGK (OPx) | Date | October 29, 2010 |
|---|---|---|---|
| Title | JONELL DILLON v. RIVER COLLECTION & RECOVERY SERVICE, INC., et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

The Court has reviewed the stipulation of dismissal with prejudice (DE 17), filed on October 22, 2010.  The Stipulation is granted.

**IT IS SO ORDERED.**

                                                                                  :

| Initials of Preparer | slw |
|---|---|